# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANIEL T. MORGAN, | : | No. 710 MAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| SHERI A. MORGAN, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| DANIEL T. MORGAN, | : | No. 711 MAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| SHERI A. MORGAN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**. The Application for Order of Supreme Court to Direct Daniel T. Morgan to Post Appropriate Security Pursuant to Pennsylvania Rule of Appellate Procedure 2572(d) is **DENIED AS MOOT**.